**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-21-0000654**
**21-APR-2022**
**08:01 AM**
**Dkt. 22 ODSD**

NO. CAAP-21-0000654

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ZOM ZOM, INC., Plaintiff-Appellant, v.
STOERMER AUTOMOTIVE, LLC and CHRISTOPHER N. STOERMER,
Defendants-Appellees.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL NO. 1DRC-20-0004954)

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Leonard and McCullen, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before January 14, 2022, and February 14, 2022, respectively;

(2) Plaintiff-Appellant Zom Zom, Inc. (Zom Zom) failed to file either document, or request an extension of time;

(3) On February 15, 2022, the appellate clerk entered a default notice informing Zom Zom that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on February 25, 2022, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Zom Zom could request relief from default by motion; and

(4) Zom Zom has not taken any further action in this appeal since the district court clerk docketed the appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, April 21, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge